| *Trustee's Name, Address, Phone, Fax, Email:*<br>SANDRA J. LOOMIS<br>P.O. BOX 240937<br>HONOLULU, HI 96824-0937<br>Phone: (808) 377-5214<br>Email: sloomis@hawaii.rr.com | **UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF HAWAII** |
|---|---|
| Debtor(s):<br>BENJAMIN J. ARANIO | Case No.: 04-02375<br><br>Chapter 7 |

| **NOTICE OF DEPOSIT OF UNCLAIMED FUNDS** ||
|---|---|
| Total funds being deposited with the court pursuant to Fed. R. Bankr. P. 3011: This amount represents unclaimed funds on the claim(s) listed below. | $  7,964.14 |

[*List claimants for unclaimed funds below - attach continuation sheets if necessary.*]

| *Claim No.* | *Claimant Name and Address* | *Amount* |
|---|---|---|
| Ch. 11 Administrative Claim Docket # 97 | State of Hawaii<br>P. O. Box 259<br>Honolulu, Hawaii 96809 | $  7,964.14 |
|  |  |  |
| Dated: December 9, 2010 | /s/ SANDRA J. LOOMIS<br>     Trustee ||

hib_3011ntc    2/2007          [ECF: Trustee/US Trustee ... Notice of Deposit of Unclaimed Funds]